# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 20-7094**  September Term, 2021

1:19-cv-00456-TJK

Filed On: January 4, 2022 [1929139]

Robert B. Chipman,

    Appellant

  v.

Cigna Behavioral Health, Inc., et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of November 23, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed November 23, 2021